IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIAN TAYLOR,

   Plaintiff,

    v.

WACHOVIA MORTGAGE
CORPORATION,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2671-TWT

ORDER

This is an action under the Fair Debt Collection Practices Act and other federal and state laws. It is before the Court on the Report and Recommendation [18] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment and Motion for Default Judgment [15]. The Court approves and adopts the Report and Recommendation as the Judgment of the Court. The Defendant's Motion for Summary Judgment is Granted as to all of the Plaintiff's federal and state law claims. The Defendant's Motion for Default Judgment is Granted as to the Defendant's counter claims for breach of contract, cancellation of the lis pendens notice, declaratory relief and award of attorneys fees. Counsel for Defendant is directed to submit a proposed final judgment for my signature.

SO ORDERED, this 29 day of January, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge